# BOIES, SCHILLER & FLEXNER LLP

NEW YORK   WASHINGTON DC   FLORIDA   CALIFORNIA   NEW HAMPSHIRE

April 19, 2005

**VIA EFILING & FEDERAL EXPRESS**
Honorable David E. Peebles
United States Magistrate Judge
Northern District of New York
James Hanley Federal Building
100 S. Clinton Street
PO Box 7345
Syracuse, NY   13261-7345

RE:   **Gragg v. International Management Group, Inc.**
      Civil Action No. 5:03-CV-00904  (NPM/DEP)

Dear Judge Peebles:

In accordance with the Court's Order, enclosed please find both a clean copy and a blackline version of the proposed First Amended Complaint. The changes reflect (1) the Court's denial of Plaintiff's motion to amend to reassert a breach of contract claim; (2) the delineation of the IMG entities from which Plaintiff is seeking relief in each of the separate counts; and (3) correction of the typographical error naming two Counts II.

Respectfully submitted,

*/s/ George F. Carpinello*
George F. Carpinello

GFC:spl

cc via email:   Mitchell J. Katz
               Robert C. Kilmer

*Permission to file First Amended Complaint is granted.*

So Ordered,

_____
David E. Peebles
United States Magistrate Judge
Dated: 4/25/05
Syracuse, New York