

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF NEW YORK

P.O. BOX 7365

100 SOUTH CLINTON STREET

SYRACUSE, NEW YORK  13261-7365

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315-234-8590

September 29, 2005

George F. Carpinello
Boies, Schiller & Flexner LLP
10 North Pearl, 4th Floor
Albany, New York 12207

Richik Sarkar
Ulmer Berne LLP
1300 East Ninth Street, Suite 900
Cleveland, Ohio 44114

**VIA E-FILING & FASCIMILE**

Re: <u>Gragg v. International Management Group (UK), Inc. et al.</u>, 5:03-CV-0904

Dear Counsel:

After considering the September 28, 2005, letter by Mr. Carpinello, requesting an extension of time in which to file and serve answering papers with respect to defendants' motion to dismiss, and after considering the September 29, 2005, letter by Mr. Sarkar opposing that request, the court hereby GRANTS plaintiff 20 days in which to file and serve his answering papers. Such papers must be filed and served no later than 5:00 p.m. on Wednesday, October 19, 2005.

Sincerely,

Neal P. McCurn,
Senior U.S. District Court Judge

cc: Robert Kilmer
    Mitchell Katz