UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

P.O. BOX 7365

100 SOUTH CLINTON STREET

SYRACUSE, NEW YORK 13261-7365

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315-234-8590

SEP 3 0 2005

September 30, 2005

George F. Carpinello
Boies, Schiller & Flexner LLP
10 North Pearl, 4th Floor
Albany, New York 12207

Richik Sarkar
Ulmer Berne LLP
1300 East Ninth Street, Suite 900
Cleveland, Ohio 44114

**VIA E-FILING & FACSIMILE**

Re: <u>Gragg v. International Management Group (UK), Inc. et al.</u>, 5:03-CV-0904

Dear Counsel:

The court is in receipt of Mr. Sarkar's September 30, 2005, letter request for an extension of time in which the IMG defendants have to file a reply in support of their motion to dismiss. In light of the extension which the court granted plaintiff to file his opposition papers, it hereby grants these defendants an extension until Friday, November 4, 2005. Defendants' reply must be filed and served by no later than 5:00 p.m. on that date.

If necessary, oral argument will be held on Wednesday, November 16, 2005, at 11:00 a.m. at the United States Courthouse in Syracuse. After the court has had the opportunity to review the parties' motion papers, it will confirm the status of oral argument.

Sincerely,

Neal P. McCurn,
Senior U.S. District Court Judge

cc: Robert Kilmer
    Mitch Katz