# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**VIET GRAGG, ET AL**

    vs.                         **CASE NUMBER: 503CV904 NPM/DEP**

**INTERNATIONAL MANAGEMENT GROUP**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, For the reasons set forth supra, the court hereby awards plaintiff Viet Gragg compensatory damages in the amount $568,820.00 of lost profits, plus 50% of the $2,038,900.00 valuation of the business as a whole, or $1,019,450.00, for a total of $1,588,270.00. This amount is to be trebled pursuant to 18 U.S.C.A. § 1964(c), for a total of $ 4,764,810.00 in compensatory damages. The court also awards $3,000,000.00 in punitive damages, for a total of $7,764,810.00. The total amount is due and owing to Viet Gragg by Brand DNA, with interest calculated pursuant to the rate provided for by 28 U.S.C. § 1961(a), commencing from the date of the entry of judgment. The Clerk is instructed to close this case. The court shall retain jurisdiction of this matter solely for the purposes of enforcing the default judgment damage award.

All of the above pursuant to the order of the Honorable Judge NEAL P. MCCURN, dated the 24TH day of April, 2009.

DATED: April 28, 2009

*[signature]*
Clerk of Court

Marie N. Marra

Deputy Clerk